PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONJAY BARNES,<br><br>Debtor.<br><br>ALLEGIANT FINAL MILE INC,<br><br>Garnishee. | CASE NO. 2:23-MC-00327-WBS-AC<br><br>**STIPULATION RE CONTINUING GARNISHMENT; AND ORDER THEREON**<br><br>Criminal Case No.: 2:11-CR-00112-EFB |

The United States of America and debtor Monjay Barnes (collectively the Parties) hereby stipulate to the final resolution of the United States' pending continuing garnishment action as follows:

1. The Parties agree to the entry of an order approving this stipulation by the magistrate judge.

2. On August 24, 2023, the United States filed an Application for Writ of Continuing Garnishment of property located at garnishee Allegiant Final Mile Inc. in which Monjay Barnes has an interest. ECF No. 1. The Clerk of Court issued the requested writ on August 29, 2023. ECF No. 3.

3. The United States seeks to garnish 25% of Monjay Barnes's non-exempt disposable income to satisfy her outstanding restitution balance. Id.

4. The Parties have agreed to a resolution of this garnishment action; specifically, that

Garnishee should withhold $195.00 per pay period from Monjay Barnes's wages and remit the funds to the Clerk of the Court until restitution is paid in full or upon further order of this court.

     5.     To effectuate the agreement, the Parties agree that the Court should enter an order as follows:

          A.     That Garnishee Allegiant Final Mile Inc., be directed to withhold $195 per pay period from Monjay Barnes's wages, beginning with the next pay period after receipt of an order approving this stipulation;

          B.     That Garnishee Allegiant Final Mile Inc., be directed to remit the wages already withheld during the pendency of this action to the Clerk of the Court to be applied towards restitution;

          C.     That Garnishee Allegiant Final Mile Inc., should remit the funds as they are withheld on a weekly basis, payable to "Clerk of the Court" and sent to the following address:

> Clerk of the Court  
> 501 I Street, Suite 4-200  
> Sacramento, CA 95814

The Garnishee should writ "Case No. 2:11-CR-00112-EFB" on all payment instruments;

          D.     That the United States will notify Garnishee Allegiant Final Mile Inc., when the debt is paid in full or if an order is entered by this court that alters the terms of the stipulation;

          E.     That each party shall bear their own costs; and

          F.     That the Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT  
United States Attorney

Dated: _9/27/2023_____     By:   /s/*Robin Tubesing*_____  
                                                                             ROBIN TUBESING  
                                                                             Assistant United States Attorney

FOR THE DEBTOR:

Dated: _9/27/2023_____     By:   /s/*Monjay Barnes*_____  
                                                                             MONJAY BARNES  
                                                                             Debtor

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

A. Garnishee Allegiant Final Mile Inc., is directed to withhold $195 per pay period from Monjay Barnes's wages, beginning with the next pay period after receipt of this order;

B. Garnishee Allegiant Final Mile Inc., is directed to remit the wages already withheld during the pendency of the action to the Clerk of the Court to be applied towards restitution;

C. Garnishee Allegiant Final Mile Inc., shall remit the funds as they are withheld on a weekly basis, payable to "Clerk of the Court" and sent to the following address:

> Clerk of the Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

The Garnishee shall writ "Case No. 2:11-CR-00112-EFB" on all payment instruments;

D. The United States will notify Garnishee Allegiant Final Mile Inc., when the debt is paid in full or if an order is entered by this court that alters the terms of the stipulation;

E. Each party shall bear their own costs; and

F. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

DATED: October 5, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE